JOHN GROSCH *v.* GEORGE WELDON ET AL.

The motion by the plaintiff to dismiss the appeal from the Superior Court in Fairfield County is denied.

*Richard L. Nahley,* with whom was *Louis A. De-Fabritis,* for the appellee (plaintiff).

*Jacob D. Zeldes,* for the appellants (defendants).

Argued February 5—decided February 5, 1963

ARNOLD W. BICK ET AL. *v.* TOWN OF MONROE

The motion by the defendant to dismiss the appeal from the Court of Common Pleas in Fairfield County is granted.

*Jacob D. Zeldes,* with whom was *Frederick A. Freedman,* for the appellee (defendant).

*Robert G. Zanesky,* with whom was *Edmund J. Ramos,* for the appellants (plaintiffs).

Argued February 5—decided February 19, 1963

STATE OF CONNECTICUT *v.* ESTELLE T. GRISWOLD

STATE OF CONNECTICUT *v.* C. LEE BUXTON

The petition by the defendants for certification for appeal from the Appellate Division of the Circuit Court is granted.

*Catherine G. Roraback,* in support of the petition.

*Julius Maretz,* prosecuting attorney, and *Joseph B. Clark,* assistant prosecuting attorney, in opposition.

Submitted February 8—decided February 19, 1963